BETZ v. TRAINER WORTHAM & CO. 1655

# APPENDIX

